UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MELANIE BRUCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 2:15-cv-246 |
| ) | |
| NAVIENT SOLUTIONS, INC. ) | |
| f/k/a Sallie Mae, ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

COMES NOW Plaintiff, MELANIE BRUCE ("Plaintiff"), by and through her attorneys, and for her Complaint against Defendant, NAVIENT SOLUTIONS, INC. f/k/a Sallie Mae ("Defendant"), alleges as follows:

### INTRODUCTION

1. This action is brought by Plaintiff pursuant to the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 *et seq.*

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 28 U.S.C. § 1331 and 47 U.S.C. § 227.

3. Venue is proper pursuant to 28 U.S.C. 1391(b)(1) as the conduct giving rise to this action occurred in this district, as Plaintiff resides in this district and Defendant transacts business in this district.

### PARTIES

4. Plaintiff is a natural person at all times relevant residing in Lake County in Hobart, Indiana.

5. Defendant is a business entity with an office located at 2001 Edmund Halley Dr.,

Reston, Virginia 20190.

6. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers

## FACTUAL ALLEGATIONS

7. Defendant placed calls to (219) 718-10xx, Plaintiff's cellular telephone.

8. Upon information and good faith belief, based on the frequency, number, nature and character of these calls, Defendant placed them by using an automatic telephone dialing system ("dialer").

9. Defendant called Plaintiff attempting to collect an alleged debt.

10. These calls were for non-emergency purposes.

11. On September 5, 2014, Plaintiff instructed Defendant to stop calling her cell phone.

12. Plaintiff revoked any consent, actual or implied, for Defendant to use a dialer to call her cell phone.

13. Defendant continued to use a dialer to call Plaintiff's cell phone.

14. Since September 5, 2014, Defendant used a dialer to call Plaintiff's cell phone at least three hundred forty-eight (348) times.

15. Defendant called Plaintiff multiple times in a single day.

16. Defendant called Plaintiff up to seven (7) times in a single day.

17. Defendant willfully and voluntarily used a dialer to place these calls.

18. Defendant intended to use a dialer to place these calls.

19. Defendant did not have Plaintiff's prior express consent to use a dialer to place these calls.

2

## COUNT I
## DEFENDANT VIOLATED THE TELEPHONE CONSUMER PROTECTION ACT

20.     Defendant's actions alleged *supra* constitute numerous negligent violations of the TCPA, entitling Plaintiff to an award of $500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B).

21.     Defendant's actions alleged *supra* constitute numerous and multiple knowing and/or willful violates of the TCPA, entitling Plaintiff to an award of $1500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

WHEREFORE, Plaintiff respectfully requests judgment be entered against Defendant for the following:

22.     Statutory damages of $500.00 for each and every negligent violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(B);

23.     Statutory damages of $1500.00 for each and every knowing and/or willful violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(b) and 47 U.S.C. § (b)(3)(C);

24.     All court costs, witness fees and other fees incurred; and

25.     Any other relief that this Honorable Court deems appropriate.

                                                RESPECTFULLY SUBMITTED,

                                      /s/Ryan Lee
                                        Ryan Lee
                                        Ryan Lee, Esq. (CA SBN 235879)
                                        Krohn & Moss, Ltd.
                                        10474 Santa Monica Blvd., Suite 405
                                        Los Angeles, CA 90025
                                        T: (323) 988-2400 x241; F: (866) 861-1390
                                        Rlee@consumerlawcenter.com
                                        Attorneys for Plaintiff

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF INDIANA )

Plaintiff, MELANIE BRUCE, says as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, MELANIE BRUCE, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 6/24/15

MELANIE BRUCE,
Plaintiff

5