# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| MELANIE BRUCE, )<br>   Plaintiff, )<br>         )<br>  v.         )<br>          )<br>NAVIENT SOLUTIONS, INC., f/k/a )<br>SALLIE MAE,      )<br>   Defendant.    ) | Cause No.: 2:15-CV-246-JTM-PRC |

**ORDER**

This matter is before the Court on a Consent Motion to Stay Proceedings Pending Arbitration [DE 8], filed by Defendant on August 18, 2015. Defendant represents that Plaintiff and Defendant are parties to an arbitration agreement that mandates arbitration of all claims arising from or relating in any way to the student loan promissory note signed by Plaintiff on August 20, 2010, including Plaintiff's claims under the Telephone Consumer Protection Act. Defendant represents that Plaintiff agrees to this Motion and asks that the Court stay this case pending the conclusion of arbitration.

The Court, noting the agreement of the parties, finds the matter well taken, **GRANTS** the Consent Motion to Stay Proceedings Pending Arbitration [DE 8] and **ORDERS** that this matter is **STAYED** pending the resolution of that arbitration. The Court **ORDERS** the parties to file a joint status report by **February 19, 2016**. The parties are **ORDERED** to notify the Court of the entry of a final arbitration award.

SO ORDERED this 19th day of August, 2015.

                 s/ Paul R. Cherry
                 MAGISTRATE JUDGE PAUL R. CHERRY
                 UNITED STATES DISTRICT COURT